**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

BRENDA A MANOS,

      Plaintiff,

v.                                 CASE NO. 1:15-cv-00082-MP-CAS

CAROLYN W COLVIN,

      Defendant.

_____/

## O R D E R

    This cause comes on for consideration upon the Magistrate Judge's Report and Recommendation dated October 19, 2015. (Doc. 19).  The parties have been furnished a copy of the Report and Recommendation and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  The time for filing objections has passed, and none have been filed.  Having considered the Report and Recommendation, I have determined that the Report and Recommendation should be adopted.  The Court agrees with the Magistrate Judge that sufficient mental health evidence was present in the record such that the Administrative Law Judge did not err in declining to order a mental health examination.

    Accordingly, it is hereby

    **ORDERED AND ADJUDGED:**

1.    The magistrate judge's Report and Recommendation is adopted and incorporated by reference in this order.
2.    The decision of the Commissioner, denying benefits, is affirmed.

    **DONE AND ORDERED** this  *15th*  day of January, 2016


      *s/Maurice M. Paul*_____

      Maurice M. Paul, Senior District Judge